1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROBERT A. BORK
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada  89101
5  702-388-6311

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:16-cr-00035-APG-VCF |
| Plaintiff, | ) |
| | ) REQUEST TO FILE LATE PLEADING |
| vs. | ) AND STIPULATION TO CONTINUE |
| | ) TIME FOR RESPONSE TO MOTION TO |
| | ) DISMISS |
| JORGE CRUZ-RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Robert A. Bork, Assistant United States Attorney, and Rachel M. Korenblat, counsel for the Defendant JORGE CRUZ-RODRIGUEZ, and requests a 30 day continuance of the deadline for filing a Response to Defendant's Motion to Dismiss filed May 4, 2016.  The response was due May 18, 2016 but the parties request as they have entered into negotiations to resolve the case which would lead to the withdrawal of the Motion to Dismiss that this stipulation be granted.  The request is to extend the date for the Response to

June 20, 2016 to give time for the plea memorandum to be prepared and the District Court to accept a guilty plea under that agreement. Trial is presently set for July 25, 2016 but the parties believe the case will be resolved without the need for a trial.

DATED this 23rd day of May, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Robert A. Bork

ROBERT A. BORK
Assistant United States Attorney

/s/ Rachel M. Korenblat

RACHEL M. KORENBLAT, AFPD
Counsel for Defendant

Leave of Court is granted for the filing of the foregoing stipulation.

DATED this __23rd__ day of May, 2016.

UNITED STATES DISTRICT JUDGE

2